IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-8
No. 5:16-CV-00095-F

| | | |
|---|---|---|
| GEORGE MYRON ADAMS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on George Myron Adams's Motion to Proceed In Forma Pauperis [DE-606]. Adams is under the mistaken impression that there are fees associated with the filing of a § 2255 motion. There are no fees associated with filing a § 2255 motion, and Adams's § 2255 motion will proceed without the need for him to pay any filing fees. Accordingly, Adams's Motion to Proceed In Forma Pauperis [DE-606] is DENIED as moot.

SO ORDERED.

This the 2⁻ day of March, 2016.

*James C. Fox*
James C. Fox
Senior United States District Judge