IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-8
No. 5:16-CV-00095-F

GEORGE MYRON ADAMS, )
)
Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
Respondent. )

This matter is before the court on George Myron Adams's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-604]. Petitioner asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 237 (2015). If Petitioner is entitled to the appointment of counsel, the Office of the Federal Public Defender will be appointed to represent him to determine if he may qualify for post-conviction relief, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015). Although Adams had retained counsel when he was previously before this court, it is not clear whether Adams presently qualifies for appointed counsel. Therefore, the Clerk is DIRECTED to mail Adams a financial affidavit so that it can be determined if he qualifies for appointed counsel.

SO ORDERED.

This 2 day of March, 2016.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE