IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-8
No. 5:16-CV-00095-F

| | |
|---|---|
| GEORGE MYRON ADAMS,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | ORDER |

This matter is before the court on George Myron Adams's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-604, -633]. Having examined Adams's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

Adams asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and it is not clear whether he would qualify for appointed counsel.[1] However, Sherri R. Alspaugh with the Office of the Federal Public Defender was previously appointed to represent Adams pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 31st day of May, 2016.

             _/s/ James C. Fox_
             JAMES C. FOX
             SENIOR UNITED STATES DISTRICT JUDGE

---

[1] When Adams was previously before this court, he had retained counsel.