IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-351-F
No. 5:16-CV-95-F

GEORGE MYRON ADAMS,           )
                              )
            Petitioner,       )
                              )        ORDER
      v.                      )
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

For good cause having been shown upon the motion of Respondent for sequential briefing, it is hereby

ORDERED that the Respondent file its supplemental brief within 14 days of the filing of Petitioner's supplemental brief.

This **30** day of December, 2016.

_____
JAMES C. FOX
Senior United States District Judge